**David P.R. Symes**, OSB No. 96135
dsymes@perkinscoie.com
**Cody M. Weston**, OSB No. 98429
cweston@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: (503) 727-2000
Facsimile: (503) 727-2222

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **TONY RODRIGUEZ, SR.,**<br><br>        Plaintiff,<br><br>    v.<br><br>**QWEST COMMUNICATIONS** and **CHRIS SEUBERT,**<br><br>        Defendants. | No. 05-6063-HO<br><br>**OFFER OF JUDGMENT**<br><br>Pursuant to Fed. R. Civ. P. 68 |

Pursuant to Fed. R. Civ. P. 68, Defendant Qwest Communications hereby offers to allow judgment to be taken against it in this action such that this action is dismissed with prejudice in its entirety, both as to Defendant Qwest Communications and Defendant Chris Seubert, for the total amount of $65,000, which sum is inclusive of all costs, disbursements, and attorney fees accrued through the date of this offer.

If the judgment finally obtained is not more favorable than the offer, then Plaintiff shall not recover any costs, disbursements, and attorney fees incurred after the date of the offer, from Defendants, and Defendants shall seek an award of such costs, disbursements, and attorney fees incurred after making the offer from Plaintiff.

1- **OFFER OF JUDGMENT**

[13141-2038/PA062440.015]

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

Plaintiff may accept this offer within 10 days of service as provided by the terms of Rule 68. If plaintiff does not timely accept this offer, then it will be deemed withdrawn. This offer is made solely for the purposes specified in Rule 68 and evidence of this offer (whether accepted or not) shall not be admissible in any other or subsequent proceeding, except in a proceeding in this action to determine costs, disbursements, and attorney fees accrued through the date of this offer. This offer (whether accepted or not) is not to be construed as an admission that Defendants are liable in this action or that the Plaintiff has suffered any damage.

DATED: September 1, 2006.

                                  PERKINS COIE LLP

                                  By_____
                                     David P.R. Symes, OSB No. 96135
                                     Cody M. Weston, OSB No. 98429
                                     Telephone: (503) 727-2000

                                Of Attorneys for Defendants

2- **OFFER OF JUDGMENT**

[13141-2038/PA062440.015]

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **OFFER OF JUDGMENT** on:

> Martha L. Walters
> Katie Chamberlain
> Walters Chanti & Zennache, P.C.
> 245 E. 4th Avenue
> Eugene, OR 97401
> mwalters@wczonline.com

by causing a full, true, and correct copy thereof, addressed to the last-known office address of the attorney (except when served by fax), to be sent by the following indicated method or methods, on the date set forth below:

- [X] by **mailing** in a sealed, first-class postage-prepaid envelope and deposited with the United States Postal Service at Portland, Oregon.
- [X] by **electronic mail**.
- [ ] by **hand-delivery**.
- [ ] by sending via **overnight courier** in a sealed prepaid envelope.
- [ ] by **faxing** to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office.

DATED: September 1, 2006.

PERKINS COIE LLP

By _/s/_____
David P.R. Symes, OSB No. 96135
Cody M. Weston, OSB No. 98429
Telephone: (503) 727-2000

Attorneys for Defendants

1- CERTIFICATE OF SERVICE

[13141-2038/PA062440.015]

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

Martha L. Walters, OSB #77315
mwalters@wczonline.com
Katherine C. Chamberlain, OSB #04258
kchamberlain@wczonline.com
Walters Chanti & Zennaché, P.C.
245 East 4th Avenue
Eugene, OR 97401-2429
Telephone:    541-683-2506
Fax:          541-683-3149
   Attorneys for Tony Rodriguez, Sr.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TONY RODRIGUEZ, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>QWEST CORPORATION and CHRIS SEUBERT,<br><br>Defendants. | Case No. 05-6063-HO<br><br>PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT |

Pursuant to Fed. R. Civ. P. 68, Plaintiff hereby accepts Defendants' Offer of Judgment dated September 1, 2006.

DATED September 7, 2006.

WALTERS CHANTI & ZENNACHÉ, P.C.

By: _____
Katherine C. Chamberlain
Phone: 541/683-2506
Facsimile: 541/683-3149
kchamberlain@wczonline.com
   Attorney for Plaintiff Tony Rodriguez, Sr.

## CERTIFICATE OF SERVICE

I caused a true, full and complete copy of the foregoing **PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** to be served on counsel for Defendants by electronic transmission and by first-class mail posted on September 7, 2006, enclosed in a sealed envelope, postage prepaid and addressed to:

David P.R. Symes
Attorney at Law
Perkins Coie LLP
1120 NW Couch Street Tenth Floor
Portland OR 97209-4128
Email: dsymes@perkinscoie.com
   Of Attorneys for Defendants

WALTERS CHANTI & ZENNACHÉ, P.C.

By: _____
Katherine C. Chamberlain, OSB #04258
Of Attorneys for Plaintiff

Certificate of Service